**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Wall | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-12218 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2004-HE6, Asset-Backed Certificates, Series 2004-HE6 and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ *Matthew Fissel*
                                  Matthew Fissel
                                  04 Jun 2025, 17:56:03, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322

Document ID: dc1b15cee0d9918c73e7109db9636485d19ec88ee055f19622460bfa78a97a34