B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Pennsylvania__

**In re** ANTHONY WALL

Case No. 25-12218

Chapter 13

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................... $ __4,725.00__

   Prior to the filing of this statement I have received ....................... $ __2,000.00__

   Balance Due .............................................. $ __2,725.00__

2. The source of the compensation paid to me was:

   [X] Debtor     [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor     [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

> d. Uncomplicated claim litigation with up to two creditors (there will be an extra charge for filing additional objections to creditor claims).
>
> e. Representing the Debtor with respect to Trustee and up to two creditor objections to confirmation of the Chapter 13 Plan (there will be an extra charge for defending additional creditor objections), and defending Trustee's Motions to Dismiss the case prior to confirmation.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

> a. Filing and litigating, or defending any adversary complaints;
> b. Defending the Debtor against any motion filed by a secured creditor to lift the automatic stay against lien enforcement;
> c. Resolving any protracted disputes with secured creditors concerning post-petition payments;
> d. Representing the Debtor in complex claim litigation;
> e. Amending the bankruptcy schedules multiple times (there is no additional charge -- other than filing fees -- for the first amendment to schedules);
> f. Defending the Debtor against any complaint by the Trustee to avoid or to recover any transfer of property made prior to filing the case;
> g. Defending the Debtor against any complaint filed by the Trustee or any other party in interest to deny the Debtor's discharge;
> h. Defending the Debtor against any complaint filed by a creditor to except itsdebt from discharge;
> i. Prosecuting any complaint that the Debtor is obligated to file for a determination that any indebtedness is dischargeable;
> j. Appealing any order or judgment entered against the Debtor;
> k. Assisting with loan modifications and other loss mitigation applications;
> l. Prosecuting matters in other courts or prolonged and complex matters.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 10, 2025                    _[signature]_
Date                             Signature of Attorney
                                 Regional Bankruptcy Center of
                                 Southeastern PA, P.C.
                                 Name of law firm