IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **ANTHONY WALL,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO. 25-12218-djb |

**ORDER**

AND NOW, upon consideration of the Debtor's Application for an Extension of Time to File Schedules AB – J, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income (B 122C-1 form), Summaries, Chapter 13 Plan, and Any Other Bankruptcy Documents Due per the Order Requiring Documents entered on June 3, 2025, it is hereby **ORDERED** that the Debtor's Application for an Extension is **GRANTED**, and the time is extended until June 30, 2025, in which the Debtor must complete and file the documents.

BY THE COURT:

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

**Date: June 18, 2025**