# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANTHONY WALL,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO. 25-12218-djb |

## ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30-DAY PERIOD

AND NOW, upon consideration of the Debtor's Motion for Extension of the Automatic Stay Beyond 30-Day Period, and any response thereto, the automatic stay in this case is hereby extended beyond 30 days after the filing of the case and for the duration of this case as to all creditors served with the Motion.

BY THE COURT:

Date: _____    _____

**Date: June 26, 2025**

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE