## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANTHONY WALL,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 25-12218-djb** |

### <u>CORRECTED CERTIFICATION OF SERVICE</u>

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before April 9, 2026, a copy of the Debtor's Objection to Proof of Claim No. 13 filed by the City of Philadelphia/School District of Philadelphia, together with Notice of Objection to Claim and Hearing Date, was served on the following parties by ECF notice, and/or I served a copy by e-mail, as indicated below, to the following addresses:

Megan N. Harper, Esquire                    (ECF Notice; e-mail to Megan.Harper@phila.gov)
Divisional Deputy City Solicitor
City of Philadelphia Law Department
Tax Litigation & Collections Unit
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102

Kenneth E. West, Esquire                     (ECF Notice; e-mail to LHuggins@ph13trustee.com)
Chapter 13 Standing Trustee
Attention:  LeeAne O. Huggins, Esquire
190 N. Independence Mall West, Suite 701
Philadelphia, PA  19106

Frederic J. Baker, Esquire                     (ECF Notice)
Sr. Assistant United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

(continued next page)

Service List (continued):

Anthony Wall                                        (E-mail)
5033 Schuyler Street
Philadelphia, PA  19144

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor/Objector