**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re ANTHONY WALL** | : | **Chapter 13** |
| | : | |
| **Debtor(s)** | : | **Bky. No. 25-12218 (DJB)** |
| | : | |
| | : | |
| **Plaintiff(s)** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **Defendant(s)** | : | **Adv. No.** |
| | : | |

……………………………………

## EXHIBITS

……………………………………

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | City of Philadelphia's Water Repair Claim No. 11-1, Filed 11/5/25 | | | |
| 2 | City of Philadelphia's Water Sewer Claim No. 12-1, Filed 11/6/25 | | | |
| 3 | City of Philadelphia's Tax Claim No. 13-1, Filed 12/1/25 | | | |
| 4 | PGW's Claim No. 8-1, Filed 7/15/25 | | | |
| 5 | US Bank's Claim, No. 10-2, Filed 12/26/25 | | | |
| 6 | Debtor's Schedules | | | |
| 7 | Appraisal Report by Jamal Pitts of Debtor's Property [Declaration to be filed] | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter** |
| | : | |
| **Debtor(s)** | : | **Bky. No.** |
| | : | |
| | : | |
| **Plaintiff(s)** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **Defendant(s)** | : | **Adv. No.** |
| | : | |

........................................

**<u>WITNESS</u>**

........................................

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Jamal Pitts | Expert Appraiser |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |