IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | |
| | Chapter 13 |
| ANTHONY WALL | |
| | Case No. 25-12218(DJB) |
| | **HEARING DATE: 10/1/26, 11:00am** |
| Debtor. | |

**<u>DECLARATION OF JAMAL PITTS, CERTIFIED RESIDENTIAL APPRAISER</u>**

I, Jamal Pitts, hereby declare under penalty of perjury:

1. My business address is All Access Appraisals, 5248 Township Line Road, Drexel Hill, PA 19026-4816.
2. I hold a Certified Residential Appraiser license (RL139880) from the Commonwealth of Pennsylvania, which expires on 6/30/2027.
3. I have been actively engaged in real property valuation for 16 years and have performed more than 1000 residential appraisals during my career. I am familiar with the standards of practice required under the Uniform Standards of Professional Appraisal Practice (USPAP).
4. On May 21, 2026, I visited the residential real property located at 5033 Schuyler Street, Philadelphia, PA (“the Subject Property”) for the purpose of performing of an appraisal of the Subject Property at the request of the City of Philadelphia Law Department.

5. On June 12, 2026, I prepared an appraisal of real property report that values the Subject Property as of 6/2/2025, which I understand to be the date on which the bankruptcy case was filed.
6. I determined the fair market value of the Subject Property as of 6/2/2025 using the Sales Comparison Approach by reviewing comparable sales within the past twelve months in the immediate geographic area.
7. A true and correct copy of the appraisal report is marked as Exhibit City-7. The report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and City, and an economic analysis of the market for properties such as the Subject Property.
8. Based on my inspection, analysis and application of accepted appraisal methods, it is my professional opinion that the fair market value of the Subject Property, as of 6/2/2025, is $385,000.

I declare under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct.

Dated: 9/30/2026

/s/ Jamal Pitt
Jamal Pitts
License: RL#139880
STATE:PA Expires 06/30/2027