**L.B.F. 3015-6A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANTHONY WALL,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 25-12218-djb** |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS**
**IN ACCORDANCE WITH 11 U.S.C. §§1325(a)(8) and 1325(a)(9)**

I, Anthony Wall hereby certify in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.
2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.
3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

***[to be executed by counsel for the Debtor(s) or the Debtor(s)]***

Date: May 27, 2026 ______________________________
Roger V. Ashodian, Attorney for Debtor

Date: May 27 2026 ______________________________
Anthony Wall, Debtor